IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK MANN,

    **Plaintiff,**

v.                                                                   **Case No. 1:17-cv-241-AW-GRJ**

E. PEREZ PEREZ, et al.,

    **Defendants.**

_____/

## ORDER ADOPTING IN PART REPORT AND RECOMMENDATION

The court has considered the magistrate judge's December 27, 2019 report and recommendation. ECF No. 87. No objections were filed. It is now ordered that the report and recommendation is adopted in part. Because plaintiff filed a Third Amended Complaint (ECF No. 88), the motions to dismiss the earlier complaint (ECF Nos. 75 and 76) are denied as moot. The issue of exhaustion, as it relates to claims raised in the third amended complaint, is not addressed by this order.

SO ORDERED on March 5, 2020.

                                                     s/ *Allen Winsor*
                                                     United States District Judge