IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MARK MANN,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No. 1:17-cv-241-AW-GRJ**

**CALDERON, et al.,**

    **Defendants.**

_____/

## ORDER DENYING MOTION TO DISMISS AS MOOT

The court has considered the magistrate judge's October 9, 2020 report and recommendation. ECF No. 121. No objections were filed.

The motion to dismiss (ECF No. 99) is now moot because the moving parties have settled. *See* ECF No. 132. Thus, the Report and Recommendation is accepted to the extent it recommends denial, and the motion (ECF No. 99) is DENIED as moot.

SO ORDERED on December 14, 2020.

                                                s/ *Allen Winsor*
                                                United States District Judge