UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK MANN,

    Plaintiff,

v.

    Case No.1:17-cv-00241-AW-GRJ

DR. C. CALDERON, et al.,

    Defendants.

## NOTICE OF APPEAL

APPELLANT/PLAINTIFF, MARK MANN, by and through the undersigned counsel, files this Notice of Appeal of the Judgment [Doc.145] entered March 30, 2021, by the Honorable Jessica J. Lyublanovits, Clerk of Court, as to Defendant Dr. C. Calderon. The above-named appellant/plaintiff hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the above-stated Judgment.

I HEREBY CERTIFY that on April 27, 2021, a true and correct copy of the foregoing Notice of Appeal was electronically filed using the CM/ECF system which will send Notice of Electronic Filing to Gregg A. Toomey, Esq.,

of the Toomey Law Firm, Attorneys for Defendant, Email: gat@thetoomeylawfirm.com and hms@thetoomeylawfirm.com..

Respectfully submitted,

 /s Gary Lee Printy
GARY LEE PRINTY
FL BAR ID NO. 363014
GARY LEE PRINTY ATTORNEY AT LAW
1804 Miccosukee Commons Drive, Suite 200
Tallahassee, Florida 32308-5471
Telephone (850) 877-7299
FAX (850) 877-2211
Email: attygaryprinty@gmail.com

Attorney for Appellant/Plaintiff
MARK MANN